■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON JONES, Appellant. [963 NYS2d 264]—Judgment, Supreme Court, New York County (Laura A. Ward, J.), rendered May 15, 2009, convicting defendant, after a jury trial, of endangering the welfare of an incompetent or physically disabled person, and sentencing him to a term of one year, unanimously affirmed.

Defendant did not preserve his claim that the People limited themselves to proving that penis-to-anus sexual conduct was the manner in which defendant endangered the victim's welfare, and we decline to review it in the interest of justice. Defendant's motion for a trial order of dismissal did not make this argument (*see People v Gray*, 86 NY2d 10, 19 [1995]), and his motion to set aside the verdict had no preservation effect (*see People v Padro*, 75 NY2d 820 [1990]).

As an alternative holding, we find that the People never limited their theory of the case to any particular type of endangerment (*see People v Bess*, 107 AD2d 844, 846 [1985]; *compare People v Barnes*, 50 NY2d 375, 379 n 3 [1980]). We similarly find that the verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). Even if the People had been required to prove penis-to-anus contact, the evidence warranted the conclusion that defendant engaged in that behavior. Concur—Tom, J.P., Acosta, Román, Feinman and Clark, JJ.